IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00012-CMA-KLM

SHARON BAROS,

    Plaintiff,

v.

ADVANTAGE LOGISTICS USA WEST, LLC, a Delaware corporation,

    Defendant.
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Christine M. Arguello [Docket No. 5] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

                                  BY THE COURT:

                                    s/ Kristen L. Mix
                                  Kristen L. Mix
                                  United States Magistrate Judge

Dated: January 20, 2009