IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00012-CMA-BNB

SHARON L. BAROS,

Plaintiff,

v.

ADVANTAGE LOGISTICS USA WEST, LLC,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion for Entry of Stipulated Protective Order** [docket no. 15, filed May 28, 2009] is GRANTED.

DATED:  June 1, 2009